IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00390-MEH

CHRIS CHIARI, and
KING OF QUALITY PRODUCTIONS, INC.,

     Plaintiffs,

v.

LIVE NATION, INC. d/b/a Filmore Auditorium a/k/a Live Nation Worldwide, Inc.,

     Defendant.

---

## ORDER CLOSING CASE

---

Before the Court is a Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed March 25, 2016; docket #14]. The Court finds the Stipulation and terms of the dismissal proper. Thus, this case is voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear his or its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 30th day of March, 2016.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge